UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ, )
    Plaintiff )
v. ) Civil Action No.:04-12609-RGS
)
ASITRADE, AG, )
BOBST GROUP USA, INC., and )
LIBERTY-STANDARD, LLC, )
d/b/a BICKNELL & FULLER SPECIALTY )
PACKAGING, )
    Defendants )

## NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

    Please enter my appearance as attorney for the Plaintiff Ramon Gonzalez in the above entitled action.

                        Attorney for Plaintiff Ramon Gonzalez,

                        _____
                        George J. Nader
                        BBO#549149
                        RILEY & DEVER, P.C.
                        Lynnfield Woods Office Park
                        210 Broadway, Suite 201
                        Lynnfield, MA  01940
                        (781) 581-9880

Dated: December 24, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party via U.S. mail, postage prepaid on all parties.

                        _____
                        George J. Nader, BBO#549149
                        RILEY & DEVER, P.C.
                        Lynnfield Woods Office Park
                        210 Broadway, Suite 201
                        Lynnfield, MA  01940