UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAMON GONZALEZ,<br>    Plaintiff<br>v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br>    Defendants | )<br>)<br>)<br>) Civil Action No.:04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ATTORNEY GEORGE J. NADER'S MOTION FOR LEAVE OF COURT TO ALLOW ATTORNEY JEFFREY S. AHEARN TO APPEAR FOR THE PLAINTIFF RAMON GONZALEZ, PRO HAC VICE, IN THE CASE GONZALEZ v. ASITRADE, AG, ET AL., U.S. DISTRICT COURT C.A. NO.:04-12609-RGS
(Pursuant to Local Rule of Procedure 83.5.3(b))

NOW COMES Attorney George J. Nader and hereby moves that this Court exercise its discretion and grant leave for Attorney Jeffrey S. Ahearn to appear for the Plaintiff Ramon Gonzalez before this Court, Pro Hac Vice, in the case of Gonzalez v. Asitrade, et al., U.S. District Court C.A. No.:04-12609-RGS.

As grounds for this Motion, Attorney Nader states as follows:

1.  Attorney Nader has been a member in good standing of the bar of this Court since February 1987.

2.  Attorney Ahearn's Certificate in compliance with Local Rule 83.5.3(b) is attached hereto as Exhibit A.

3.  Attorney Nader filed his Notice of Appearance in the above referenced civil action in compliance with Local Rule 83.5.3(b). (See Exhibit B.)

WHEREFORE Attorney George J. Nader respectfully requests that this Honorable Court allow Attorney George J. Nader's Motion for Leave of Court to Allow Attorney Jeffrey S. Ahearn to Appear for the Plaintiff Ramon Gonzalez, Pro Hac Vice, in the Case <u>Gonzalez V. Asitrade, AG, et al.</u>, U.S. District Court C.A. No.:04-12609-RGS.

Respectfully submitted,

_____
George J. Nader
BBO#549149
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

Dated: December 24, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents on this day were served upon the attorney of record for each party via U.S. mail, postage prepaid on all parties.

_____
George J. Nader
BBO#549149
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

Dated: December 27, 2004

2