MAS-20041213  
collado

**Commonwealth of Massachusetts**  
**ESSEX SUPERIOR COURT**  
Case Summary  
Civil Docket

12/30/2004  
04:20 PM

### ESCV2004-01702
### Gonzalez v Asitrade AG et al

| File Date | 09/14/2004 | Status | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| Status Date | 12/30/2004 | Session | C - Civil-CtRm 3 (Lawrence) |
| Origin | 1 | Case Type | B05 - Products liability |
| Lead Case | | Track | A |

| Service | 12/13/2004 | Answer | 02/11/2005 | Rule12/19/20 | 02/11/2005 |
|---|---|---|---|---|---|
| Rule 15 | 12/08/2005 | Discovery | 11/03/2006 | Rule 56 | 01/02/2007 |
| Final PTC | 05/02/2007 | Disposition | 09/14/2007 | Jury Trial | Unknown |

#### PARTIES

**Plaintiff**  
Ramon Gonzalez  
Active 09/14/2004

**Private Counsel** 558562  
Jeffrey S Ahearn  
44 School Street  
6th floor  
Boston, MA 02108  
Phone: 617-523-7470  
Fax: 617-523-6310  
Active 09/14/2004 Notify

**Defendant**  
Asitrade AG  
Service pending 09/14/2004

**Defendant**  
Bobst Group USA Inc  
Service pending 09/14/2004

*A TRUE COPY ATTEST*  
*DEPUTY ASS'T. CLERK*

**Defendant**  
Liberty Standard LLC  
dba Bicknell & Fuller Specialty Packaging  
Served (answr pending) 12/07/2004

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/14/2004 | 1.0 | Complaint & civil action cover sheet filed with request for jury trial |
| 09/14/2004 | | Origin 1, Type B05, Track A. |
| 11/15/2004 | 2.0 | Plaintiff Ramon Gonzalez's ex parte MOTION To Serve Defendant |

Case 1:04-cv-12609-RGS   Document 7   Filed 01/06/2005   Page 2 of 16

MAS 20041213
collado

**Commonwealth of Massachusetts**
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

12/30/2004
04:20 PM

## ESCV2004-01702
## Gonzalez v Asitrade AG et al

| Date | Paper | Text |
|---|---|---|
| | 2.0 | Asitrade, AG and File Return Of Service by 112 Days Pursuant To Mass. R. Civ. P. 6(b) |
| 11/22/2004 | | MOTION (P#2) ALLOWED (Patrick Riley, Justice) Notices mailed November 24, 2004 |
| 12/10/2004 | 3.0 | SERVICE RETURNED (summons): Liberty Standard LLC, service made on December 12, 2004 (agent in charge service) |
| 12/13/2004 | 4.0 | Notice of filing of Notice of removal sent to the court |
| 12/30/2004 | 5.0 | Certified Copy of the Notice for Removal to the United States District Court filed by Bobst Group USA Inc |
| 12/30/2004 | 6.0 | ORDER transferring/remanding case to USDC |
| 12/30/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-1702-C | Trial Court of Massachusetts Superior Court Department County: ESSEX |
|---|---|---|

PLAINTIFF(S)
Ramon Gonzalez

DEFENDANT(S)
Asitrade, AG, Bobst Group USA, Inc. and Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Jeffrey S. Ahearn
44 School St., 6th Fl.
Boston, MA 02108
Board of Bar Overseers number: 558562   (617) 523-7470

ATTORNEY (if known)

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B 05 | Products Liability | ( A ) | ( x ) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ........................................................ $60,000+
  2. Total Doctor expenses ......................................................... $
  3. Total chiropractic expenses .................................................. $
  4. Total physical therapy expenses ............................................ $
  5. Total other expenses (describe) ............................................ $
                                                                      Subtotal $60,000+
B. Documented lost wages and compensation to date ............................. $40,000+
C. Documented property damages to date ........................................ $
D. Reasonably anticipated future medical and hospital expenses ................ $
E. Reasonably anticipated lost wages .......................................... $
F. Other documented items of damages (describe)
                                                                             $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   severe crush injury to left arm, wrist and hand requiring lengthy
   hospitalization, multiple surgeries and skin grafting.
                                                                             $
                                                                    TOTAL $100,000+

FILED
IN THE SUPERIOR COURT
FOR THE COUNTY OF ESSEX

SEP 1 4 2004

A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK        CLERK AL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  *Jeffrey Ahearn*    DATE: 9/13/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

2

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                          ESSEX SUPERIOR COURT
                                                    CIVIL ACTION NO.: 04-01702-C

RAMON GONZALEZ,                          )
            Plaintiff                    )
                                         )
v.                                       )
                                         )
ASITRADE, AG,                            )
BOBST GROUP USA, INC., and               )
LIBERTY-STANDARD, LLC,                   )
d/b/a BICKNELL & FULLER SPECIALTY        )
PACKAGING,                               )
            Defendants                   )
                                         )

November 22, 2004
Motion Allowed

### PLAINTIFF'S EX PARTE MOTION TO ENLARGE TIME TO SERVE DEFENDANT ASITRADE, AG AND FILE RETURN OF SERVICE BY 112 DAYS
Pursuant to Mass. R. Civ. P. 6(b)

NOW COMES the Plaintiff Ramon Gonzalez and hereby moves this Honorable Court, ex parte, pursuant to Mass. R. Civ. P. 6(b) to enlarge the time within which to serve the Defendant Asitrade, AG and file the return of service by 112 days from December 13, 2004 to April 4, 2005 to allow Plaintiff sufficient time to comply with the Hague Convention's requirements for service abroad of judicial documents.

As grounds therefore Plaintiff states as follows:

1.      This is an action brought by the Plaintiff Ramon Gonzalez for significant and ongoing physical injuries caused when Plaintiff Ramon Gonzalez' left arm was pulled into an industrial machine in the course of Plaintiff Ramon Gonzalez' employment.

2.      Plaintiff has named Asitrade, AG, the manufacturer of the industrial

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

machine which injured Plaintiff, as a Defendant in this matter. (See Plaintiff's Complaint and Demand for Jury Trial at para. 3 attached hereto as Exhibit A.)

3. The Defendant Asitrade, AG is a Swiss Corporation with a principal place of business at Niklaus-Wengi-Strass 109, 2540 Grenchen, Switzerland. (See, id.)

4. Plaintiff has retained APS International, Ltd. to effect service upon the Defendant Asitrade, AG in Switzerland.

5. Pursuant to the Tracking Order service of process is to be made and returns of service filed with the Court by December 13, 2004. (See Tracking Order attached hereto as Exhibit B.)

6. Plaintiff anticipates receiving the return of service pertaining to Defendant Asitrade, AG by April 4, 2005. (See letter from APS International, Ltd. dated November 8, 2004 attached hereto as Exhibit C estimating time required to comply with Hague Convention for service abroad of judicial documents at sixteen weeks.)

7. When by order of the court an act is required to be done within a specific time, the court for cause shown may in its discretion, with or without motion or notice, order the period enlarged if request therefore is made before the expiration of the period originally prescribed. See Mass. R. Civ. P. 6(b).

8. This is an "A" track case. (See Exhibit C.)

9. No Defendant shall be prejudiced should this motion be allowed.

WHEREFORE as the time within which to serve the Defendant Asitrade, AG and file said return of service has not yet expired and as Plaintiff requires an enlargement of time to serve Defendant Asitrade, AG and file said return in order to comply with Hague Convention requirements for service abroad of judicial documents, the Plaintiff Ramon

2

Gonzalez respectfully requests that this Honorable Court allow Plaintiff's Ex Parte Motion to Enlarge Time To Serve Defendant Asitrade, AG and File Return of Service by 112 days from December 13, 2004 to April 4, 2005.

> Respectfully submitted,
> Plaintiff, Ramon Gonzalez,
> By his Attorney,
>
> /s/ Jeffrey S. Ahearn
> Jeffrey S. Ahearn, BBO#558562
> 44 School Street, 6th Fl.
> Boston, MA 02108
> (617) 523-7470

Dated: November 12, 2004

3

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.
SUPERIOR COURT
CIVIL ACTION
No. 04-01702-C

RAMON GONZALEZ

..........................................................................................................., Plaintiff(s)

ASITRADE, AG, BOBST GROUP USA, INC., and
LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER
SPECIALTY PACKAGING

..........................................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging

You are hereby summoned and required to serve upon ___Jeffrey S. Ahearn___,

plaintiff's attorney, whose address is __44 School St., 6th Fl., Boston, MA  02108__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at __43 Appleton Way, Lawrence, MA  01841__ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the 6th day of December, in the year of our Lord two thousand four

A TRUE COPY, ATTEST  *Clerk*
DEPUTY ASS'T. CLERK

*Left margin:* NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

```
       AFFIDAVIT OF SERVICE
CHANCERY DOCKET
OFFICER
TYPE OF EXECUTION........ SUMMONS AND COMPLAINT
```

```
ATTORNEY
   JEFFREY S AHEARN                          CHECK #      AMOUNT
                                             1450          $4.00
   44 SCHOOL ST
   6TH
   BOSTON                      MA  02108
```

```
COURT OF ...
  RETURNABLE DATE
  DOCKET...
                                          COUNTY OF VENUE
                           CAPTION OF CASE
INDIVIDUAL NAME..........
   V...  ACUTRADE, ... AND LIBERTY STANDARD ET AL
                       DEFENDANT TO BE SERVED
CORPORATION NAME.........  ACUTRADE
    ADDRESS 1............  000000014   HARRISON            AVE
    ADDRESS 2............
    TOWN/STATE/ZIP.......  ROSELAND             NJ  07068
                            AFTER SERVED
COMPLAINT
NOTARY
SUMMONS
                    SERVICE DATA RECORDED
SERVED SUCCESSFULLY... X    UNABLE TO SERVE...       DATE: 12-06-04

REMARKS:

         OFFICER...
         MANAGING AGENT...
         REGISTERED AGENT...
         PERSON IN CHARGE AT REGISTERED OFFICE...
         OTHER...
PERSON SERVED.........        SERVED MICHEL CARTIER
                              authorized to accept
SEX   : X MALE    | FEMALE
SKIN  : X WHITE   | BLACK  | YELLOW | BROWN | RED
HEIGHT:  UNDER 5 FEET | 5-5.6 | X 5.7-6.0 | OVER 6FT
WEIGHT:  UNDER 100LBS | 100-150LBS | 151-200LBS  X OVER 200LBS
HAIR  :  BLACK  X BROWN | BLOND | GRAY | RED | WHITE | BALDING
AGE   :  14-20 | 21-35 | X 36-50 | 51-65 | OVER 65
```

SWORN TO AND SUBSCRIBED BEFORE ME
ON December 14, 2004

FRED M. BOST
NOTARY PUBLIC OF NEW JERSEY

MICHEL CARTIER
SAFE

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                              SUPERIOR COURT
                                                       CIVIL ACTION NO. 04-1702-C

_____
RAMON GONZALEZ,                    )
                                   )
        Plaintiff                  )
                                   )
v.                                 )
                                   )
ASITRADE, AG, BOBST GROUP USA,     )
INC., and LIBERTY-STANDARD, LLC,   )
d/b/a BICKNELL & FULLER SPECIALTY  )
PACKAGING,                         )
                                   )
        Defendants                 )
_____)

## NOTICE OF FILING NOTICE OF REMOVAL
## BY DEFENDANT BOBST GROUP USA, INC. and ASITRADE, AG

Notice is hereby given that on this date Defendants Bobst Group USA, Inc. and Asitrade, AG filed a Notice of Removal in the U.S. District Court, District of Massachusetts, pursuant to 28 U.S. C. § 1441(a). Accordingly, this action shall be removed from the Superior Court Department of the Trial Court in Essex County, State of Massachusetts (Case No. ESCV2004-01702), where it is now pending, to the United States District Court for the District of Massachusetts.

                                   Defendant
                                   BOBST GROUP USA, INC.,
                                   By its attorneys,

                                   John A. Donovan, Jr., Esq.
                                   BBO No. 130600
                                   Kevin G. Kenneally, Esq.
                                   BBO No. 550050
                                   DONOVAN HATEM LLP
                                   World Trade Center East
                                   Two Seaport Lane, 8th Floor
                                   Boston, MA 02210
                                   (617) 406-4500

A TRUE COPY ATTEST
DEPUTY ASS'T. CLERK

>                                           Defendant
>                                           ASITRADE, AG
>                                           By its Attorney
>
>                                           _____
>                                           John A. Donovan, Jr., Esq.
>                                           BBO No. 130600
>                                           Kevin G. Kenneally, Esq.
>                                           BBO No. 550050
>                                           DONOVAN HATEM LLP
>                                           World Trade Center East
>                                           Two Seaport Lane, 8th Floor
>                                           Boston, MA  02210
>                                           (617) 406-4500

Dated:_____
00882344.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ, )
)
    Plaintiff )
)
v. )   Case No.
) NOTICE OF REMOVAL OF ACTION
ASITRADE, AG, BOBST GROUP USA, )   UNDER 28 U.S.C. § 1441(a)
INC., and LIBERTY-STANDARD, LLC, )   (DIVERSITY OF CITIZENSHIP)
d/b/a BICKNELL & FULLER SPECIALTY )
PACKAGING, )
)
    DEFENDANTS )

04  12609  RGS

TO: CLERK OF COURT, UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS

Plaintiff's counsel, Jeffery S. Ahern, 44 School Street, 6th floor, Boston, Massachusetts 02108.

Pursuant to 28 U.S.C. § 1441(a), Defendant Bobst Group USA, Inc. ("Bobst") and Defendant Asitrade, AG ("Asitrade") hereby give notice of removal of this action from the Superior Court Department of the Trial Court in Essex County, State of Massachusetts (Case No. ESCV2004-01702), where it is now pending, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, Defendants state as follows:

1. On December 6, 2004, counsel for Defendants received a copy of the Summons and Complaint. A true and correct copy of the Summons and Complaint received by Bobst's counsel is attached hereto as Exhibit 1.

2. This Notice is filed pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441 and 1446, which provide for the removal of any civil action where there is diversity of citizenship and the matter in controversy exceeds the sum and value of $75,000.

A TRUE COPY, ATTEST

_____
DEPUTY ASS'T. CLERK

exclusive of interests and costs.

3. On information and belief, this removal is timely under 28 U.S.C. § 1446(b) as it was filed within thirty (30) days of receipt by Bobst through service or otherwise of the initial pleading, provided to Bobst, setting forth Plaintiff's claims for relief upon which this action is based.

4. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Massachusetts is the federal district court for the district embracing the place where the state court is pending.

## DIVERSITY JURISDICTION

5. At all times relevant, this Court has had and does have original subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because of the diversity of citizenship of the Plaintiff and all Defendants, and because the requisite amount is in controversy.

6. Based on the allegations in the Complaint, Plaintiff Ramon Gonzalez is a resident of Lawrence, Massachusetts. Defendant Bobst is a duly organized corporation with a usual and primary place of business in Roseland, New Jersey. Defendant Asitrade, AG is a corporation domiciled in Switzerland. Co-Defendant Liberty-Standard LLC is a Minnesota corporation[1]. The citizenship of these parties, as stated above, existed at the time the Summons and Amended Complaint were first provided to Bobst and remains unchanged. Accordingly, pursuant to 28 U.S.C. § 1332, complete diversity of citizenship existed when the lawsuit was commenced and still exists at present.

---

[1] Upon reliable information, Liberty-Standard LLC/Bicknell & Fuller is defunct or no longer operating. Moreover, that entity is or was plaintiff's employer and may not be sued pursuant to G.L. c. 152, the Workers Compensation Act.

2

7. The amount and value in controversy exceeds $75,000, exclusive of interest and costs. The Plaintiff's Civil Action Cover Sheet alleges damages in the amount of $100,000, plus unliquidated claims for pain and suffering, plus interest and costs. A true and correct copy of the Civil Action Cover Sheet is attached hereto as Exhibit 2.

8. On this date, Defendants Bobst and Asitrade served upon Plaintiff's counsel written notice of the filing of this Notice of Removal and is filing a true and correct copy of the Notice of Removal with the court administrator for the Superior Court Department of the Trial Court in Suffolk County, State of Massachusetts, in accordance with 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit 3.

WHEREFORE, Defendants Bobst and Asitrade jointly remove the above-captioned action from the Superior Court Department to the United States District Court for the District of Massachusetts.

BOBST GROUP USA, INC.,
By its attorneys,

John A. Donovan, Jr., Esq.
BBO No. 130600
Kevin G. Kenneally, Esq.
BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

3

ASITRADE AG
By its attorney

*[signatures]*

John A. Donovan, Jr., Esq.
BBO No. 130600
Kevin G. Kenneally, Esq.
BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Dated: 12/10/04
00881718.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF
RECORD FOR EACH OTHER PARTY BY MAIL/HAND 12/10/04

*[signature]*

4

**DONOVAN HATEM LLP**

19164

| INVOICE DATE | CLIENT # | MATTER # | GL # | DC # | INVOICE # | INVOICE DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/13/04 | 09951 | 00042 | | 013 | 121304 | | 150.00 |

04 12609 RGS

| DATE | CHECK # | | CHECK AMOUNT |
|---|---|---|---|
| 12/13/04 | 19164 | | 150.00 |

**Commonwealth of Massachusetts**
County of Essex
The Superior Court

CIVIL DOCKET# ESCV2004-01702

RE:   Gonzalez v Asitrade AG et al

TO:   District Court
      Division of the Trial Court

### ORDER Of TRANSFER

ORDER transferring case to USDC on the docket of said Court, with all the papers relating, thereto, be transferred to this Court under the provisions of General Laws Chapter 223, Sec. 2(b).

Dated at Lawrence, Massachusetts this 30th day of December, 2004.

Thomas H. Driscoll Jr.,
Clerk of the Courts

By: _____
Clerk

Telephone (978) 687-7463

A TRUE COPY ATTEST
DEPUTY ASS'T. CLERK

cvdortracas_1.wpd 518112 ortracas collado