UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br>    Plaintiff<br>v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br>    Defendants | Civil Action No.:04-12609-RGS |

**PLAINTIFF RAMON GONZALEZ' MOTION TO REMAND THIS ACTION TO THE MASSACHUSETTS SUPERIOR COURT**

NOW COMES the Plaintiff Ramon Gonzalez and hereby moves that this action be remanded to the Massachusetts Superior Court on the grounds that Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging did not timely file its own notice of removal or assent to Defendant Bobst Group USA, Inc.'s and Defendant Asitrade, AG's removal as required by 28 U.S.C. s.1446(a) and (b).

WHEREFORE as Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging did not timely file its own notice of removal or assent to Defendant Bobst Group USA, Inc.'s and Defendant Asitrade, AG's removal as required by 28 U.S.C. s. 1446(a) and (b) the Plaintiff Ramon Gonzalez respectfully requests that this Honorable Court allow Plaintiff Ramon Gonzalez' Motion to Remand this Action to the Massachusetts Superior Court. In further support of this motion Plaintiff submits herewith Plaintiff Ramon Gonzalez' Memorandum in Support of Plaintiff Ramon Gonzalez' Motion to Remand this Action to the Massachusetts Superior Court.

## REQUEST FOR ORAL ARGUMENT
Pursuant to Local Rule of Procedure 7.1(d)

Plaintiff Ramon Gonzalez, pursuant to Local Rule of Procedure 7.1(d), hereby requests that this Honorable Court schedule oral argument on Plaintiff Ramon Gonzalez' Motion to Remand this Action to the Massachusetts Superior Court on grounds that such oral argument may assist the Court in ruling on said motion.

Respectfully submitted,
Plaintiff Ramon Gonzalez,
By his attorneys,

*/s/ Jeffrey S. Ahearn*
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470

*/s/ George J. Nader*
George J. Nader, BBO#549149
RILEY & DEVER, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via U.S. mail, postage prepaid on January 13, 2005.

*/s/ Jeffrey S. Ahearn*
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470