UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br>　　　　Plaintiff<br><br>v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br>　　　　Defendants | )<br>)<br>)<br>)Civil Action No.:04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION
Pursuant to Local Rule of Procedure 7.1(a)(2)

I, Jeffrey S. Ahearn, attorney for Plaintiff Ramon Gonzalez, hereby certify that I

have conferred with all counsel of record and have attempted in good faith to resolve or

narrow the issues raised in Plaintiff Ramon Gonzalez' Motion to Remand this Action to

the Massachusetts Superior Court.

Respectfully submitted,
Plaintiff Ramon Gonzalez,
By his attorneys,

Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the
attorney of record for each party via U.S. mail, postage prepaid on January 13, 2005.

Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470