UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 18 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RAMON GONZALEZ, )<br>  )<br>Plaintiff )<br>  )<br>v. )<br>  )<br>ASITRADE, AG, BOBST GROUP, USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING, )<br>  )<br>Defendants )<br>  ) | Civil Action No. 04-12609-RGS |

**DEFENDANT LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY PACKAGING'S
JOINDER IN REMOVAL PETITION BY
DEFENDANTS ASITRADE, AG AND BOBST GROUP USA, INC.**

Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging hereby agrees and joins in the removal of this action from the Essex Superior Court to the United States District Court.

LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY PACKAGING

By its attorney,

_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

Dated: January 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging's Joinder in Removal Petition by Defendants Asitrade, AG and Bobst Group USA, Inc. was sent via U.S. mail to the attorneys listed below, on this 14th day of January, 2005.

Jeffrey S. Ahearn, Esq.
44 School Street, 6th Floor
Boston, MA 02108

Kevin G. Kenneally, Esq.
Donovan Hatem
Two Seaport Lane
Boston, MA 02210

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477