UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 18 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RAMON GONZALEZ,  )<br>  )<br>  Plaintiff )<br>  )<br>v. )<br>  )<br>ASITRADE, AG, BOBST GROUP, USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING, )<br>  )<br>  Defendants )<br>  ) | Civil Action No. 04-12609-RGS |

## NOTICE OF APPEARANCE

I appear on behalf of defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging.

LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY PACKAGING

By its attorney,

_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached Notice of Appearance was sent via U.S. mail to the attorneys listed below, on this 14th day of January, 2005.

Jeffrey S. Ahearn, Esq.
44 School Street, 6th Floor
Boston, MA 02108

Kevin G. Kenneally, Esq.
Donovan Hatem
Two Seaport Lane
Boston, MA 02210

_____
James B. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL:  (617) 357-5544
FAX:  (617) 204-3477