UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12609-RGS

RAMON GONZALEZ

v.

ASITRADE, AG, BOBST GROUP USA, INC., and
LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY PACKAGING

ORDER ON PLAINTIFF'S MOTION
TO REMAND

January 31, 2005

STEARNS, D.J.

The motion is DENIED. The assent to removal of a named defendant against whom there is no possibility of recovery is not required. Dodson v. Spiliada Maritime Corp., 951 F.2d 40, 42 (5th Cir. 1992); Parks v. New York Times Co., 308 F.2d 474, 477 (5th Cir. 1962).[1] The court understands from the Complaint that defendant Liberty-Standard, LLP, is plaintiff's former employer and therefore exempted from suit for employment-related tortious injury by the "broad" exclusivity provision of G.L. c. 152, § 24. See Berger v. H.P. Hood, Inc., 416 Mass. 652, 656 (1993).

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, as defendants correctly note, the untimely joinder by one of several defendants in a removal notice is a procedural and not a jurisdictional defect. It may therefore be cured. Parrino v. FHP, Inc., 146 F.3d 609, 703 (9th Cir. 1998).