UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br><br>  Plaintiff<br><br>v.<br><br>ASITRADE, AG, BOBST GROUP USA,<br>INC., and LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT BY
BOBST GROUP USA, INC., PURSUANT TO L.R. 7.3**

Defendant Bobst Group USA, Inc. hereby discloses the following, pursuant to L.R. 7.3:

Bobst Group USA, Inc. is owned by Bobst Group, SA, a publicly traded owned.

Defendant
BOBST GROUP USA, INC.,
By its attorneys,

*/s/ Kevin G. Kenneally*
John A. Donovan, Jr., Esq.
BBO No. 130600
Kevin G. Kenneally, Esq.
BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Dated: February 4, 2005
00893858.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF
RECORD FOR EACH PARTY BY MAIL/HAND ON 2/4/05

*/s/ Kevin G. Kenneally*