UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br><br>    Plaintiff<br><br>v.<br><br>ASITRADE, AG, BOBST GROUP USA, INC., and LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT BY ASITRADE, AG

Defendant Asitrade, AG hereby files its disclosure pursuant to L.R. 7.3:

Asitrade, AG is owned by Bobst Group, SA, a publicly traded company.

                         Defendant
                         ASITRADE, AG,
                         By its attorneys,

                         /s/ Kevin G. Kenneally
                         John A. Donovan, Jr., Esq.
                         BBO No. 130600
                         Kevin G. Kenneally, Esq.
                         BBO No. 550050
                         DONOVAN HATEM LLP
                         World Trade Center East
                         Two Seaport Lane, 8th Floor
                         Boston, MA  02210
                         (617) 406-4500

Dated: February 4, 2005
00893851.DOC

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 2/4/05

/s/ Kevin G. Kenneally  2/4/05