UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br><br>    Plaintiff<br><br>v.<br><br>ASITRADE, AG, BOBST GROUP USA,<br>INC., and LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' OPPOSITION TO MOTION
TO RECONSIDER ORDER DENYING REMAND**

For the reasons previously raised, Defendants Bobst Group USA, Inc. and Asitrade AG hereby oppose the motion to reconsider this Court's denial of the remand motion.

Moreover, Defendants state that they made good faith efforts by mail and telephone to earlier obtain Liberty Standard's joinder in the remand but could not locate the corporation because it no longer exists. See, Ex. A. As soon as Defendants became aware of the identity of an insurer for Liberty-Standard, Defendants contacted the insurer and obtained the joinder thereafter.

                                        Defendant
                                        ASITRADE, AG
                                        By its attorneys,

                                        _/s/ Kevin G. Kenneally_
                                        John A. Donovan, Jr., Esq., BBO No. 130600
                                        Kevin G. Kenneally, Esq., BBO No. 550050
                                        DONOVAN HATEM LLP
                                        World Trade Center East
                                        Two Seaport Lane, 8th Floor
                                        Boston, MA  02210
                                        (617) 406-4500

Defendant
BOBST GROUP, INC.
By its attorneys,

*/s/ Kevin G. Kenneally*

John A. Donovan, Jr., Esq., BBO No. 130600
Kevin G. Kenneally, Esq., BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA  02210
(617) 406-4500

Dated: February 4, 2005
00893965.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 2/4/05

*/s/ Kevin G. Kenneally*

Defendant
BOBST GROUP, INC.
By its attorneys,

*[signature: Kevin G. Kenneally]*

John A. Donovan, Jr., Esq., BBO No. 130600
Kevin G. Kenneally, Esq., BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA  02210
(617) 406-4500

Dated: February 4, 2005
00893965.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 2/4/05

*[signature: Kevin G. Kenneally]*

**DONOVAN | HATEM LLP**
*counselors at law*

FILE COPY

KEVIN G. KENNEALLY
617 406 4528 direct
kkenneally@donovanhatem.com

January 5, 2005

Liberty-Standard LLC
5600 North Highway 169
Minneapolis, MN 55428

Liberty-Standard LLC
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

Re:   Ramon Gonzalez v. Asitrade, AG, et al.
      Essex Superior C.A. No. ESCV2004-01702
      Removed to U.S. District Court, D. Mass.
      C.A. No. 04-12609-RGS

Dear Sir/Madam:

Kindly be advised that this office represents Bobst Group USA, Inc. and Asitrade, AG, codefendants with Liberty-Standard, LLC in the Gonzalez matter.

Please have your counsel contact me as soon as possible regarding removal of this claim to the U.S. District Court in Boston.

Please contact me with any questions.

Very truly yours,

*[signature]*

Kevin G. Kenneally

KGK/caf
00886866.DOC

World Trade Center East    617 406 4500 main
Two Seaport Lane           617 406 4501 fax
Boston, MA 02210           www.donovanhatem.com

Ex. A