UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br>Plaintiff<br>v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br>Defendants | )<br>)<br>)<br>) Civil Action No.:04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF RAMON GONZALEZ' MOTION TO FILE REPLY MEMORANDUM

NOW COMES the Plaintiff Ramon Gonzalez and respectfully requests leave of Court to file the attached reply memorandum to Opposition by Defendants Asitrade, A.G. and Bobst Group USA, Inc. to Motion for Remand to State Court.

As grounds therefore Plaintiff states that a brief reply memorandum is necessary in order to address certain issues raised in the opposition to Plaintiff's remand motion and to assist the Court in determining the relevant issues.

Respectfully submitted,
Plaintiff Ramon Gonzalez,
By his attorneys,

_____
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470

*[signature]*
George J. Nader, BBO#549149
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via U.S. mail, postage prepaid on January 28, 2005.

*[signature]*
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470