UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  A 11: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RAMON GONZALEZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ASITRADE, AG, BOBST GROUP, USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING, )<br>)<br>Defendants )<br>_____) | Civil Action No. 04-12609-RGS |

## OPPOSITION OF DEFENDANT LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

The defendant Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging, joins in the opposition of defendants Asitrade, AG and Bobst Group, USA, Inc. to Plaintiff's Motion for Remand to State Court.

As good cause for its opposition the defendant states:

1. it was a Minnesota corporation, and was dissolved on or about October 15, 2003 (see Certificate of Minnesota Secretary of State attached as Exhibit A);

2. it is not a proper party to this litigation because it was the plaintiff's employer at the time of his injury in the course of his employment on September 18, 2001, therefore plaintiff's claim against it is barred by M.G.L. c. 152, §24. The defendant expects to move for summary judgment on this ground in the immediate future.

LIBERTY-STANDARD, LLC, d/b/a
BICKNELL & FULLER SPECIALTY
PACKAGING

By its attorney,

_/s/ James E. Harvey_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Opposition of Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging to Plaintiff's Motion for Remand to State Court was sent via U.S. mail to the attorneys listed below, on this 28th day of January, 2005.

Jeffrey S. Ahearn, Esq.
44 School Street, 6th Floor
Boston, MA  02108

Kevin G. Kenneally, Esq.
Donovan Hatem
Two Seaport Lane
Boston, MA  02210

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
TEL:  (617) 357-5544
FAX:  (617) 204-3477

# State of Minnesota
# SECRETARY OF STATE

Certificate of Termination

Articles of Termination, or in the case of a non-Minnesota limited liability company, a certificate of termination from the state of organization, for the limited liability company below have been filed with the Office of the Secretary of State of Minnesota on this date pursuant to the requirements of the chapter listed below. Therefore, the existence of the limited liability company is terminated as of this date, or in the case of a non-Minnesota limited liability company, the authority of the limited liability company to do business in Minnesota is terminated as of this date.

Name of Dissolving Limited Liability Company:

LIBERTY-STANDARD, LLC

State of Organization: MN

Charter or Foreign Limited Liability Company Number: 16780-LLC

Terminated Pursuant to Chapter: 322B

This certificate has been issued on 10/15/2003.



*Mary Kiffmeyer*
Secretary of State.