UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -3 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

)
RAMON GONZALEZ, )
    Plaintiff )
v. )Civil Action No.:04-12609-RGS
)
ASITRADE, AG, )
BOBST GROUP USA, INC., and )
LIBERTY-STANDARD, LLC, )
d/b/a BICKNELL & FULLER SPECIALTY )
PACKAGING, )
    Defendants )
)

### PLAINTIFF RAMON GONZALEZ' MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF RAMON GONZALEZ' MOTION TO REMAND THIS ACTION TO THE MASSACHUSETTS SUPERIOR COURT

NOW COMES the Plaintiff Ramon Gonzalez and hereby moves that this Court reconsider the Order dated January 31, 2005 denying Plaintiff Ramon Gonzalez' Motion to Remand this Action to the Massachusetts Superior Court on the following grounds:

1. On January 28, 2005 Plaintiff filed, via U.S. mail, Plaintiff's Motion to File Reply Memorandum and Plaintiff Ramon Gonzalez' Reply Memorandum to Opposition by Defendants Asitrade, A.G. and Bobst Group USA, Inc. to Motion for Remand to State Court (hereinafter "January 28, 2005 filings"). The January 28, 2005 filings were necessary in order to address substantive issues raised for the first time in Defendant Bobst's and Defendant Asitrade's opposition to Plaintiff's remand motion.

2. On January 31, 2005, apparently before actual receipt of the January 28, 2005 filings, this Court denied Plaintiff's remand motion. In denying Plaintiff's remand motion this Court found persuasive arguments raised in Defendant Bobst's and

- 2 -

Defendant Asitrade's opposition which are not addressed in Plaintiff's remand motion but which are addressed in the January 28, 2005 filings.

WHEREFORE as Plaintiff filed Plaintiff's Motion to File Reply Memorandum and Plaintiff Ramon Gonzalez' Reply Memorandum to Opposition by Defendants Asitrade, A.G. And Bobst Group USA, Inc. to Motion for Remand to State Court prior to this Court's ruling on Plaintiff's remand motion and as Plaintiff's Reply Memorandum addresses substantive arguments first raised in Defendant Bobst's and Defendant Asitrade's opposition and as said substantive arguments were relied upon by this Court in denying Plaintiff's remand motion, Plaintiff respectfully requests that this Honorable Court reconsider the Order dated January 31, 2005 denying Plaintiff Ramon Gonzalez' Motion to Remand this Action to the Massachusetts Superior Court after reviewing Plaintiff Ramon Gonzalez' Reply Memorandum to Opposition by Defendants Asitrade, A.G. And Bobst Group USA, Inc. to Motion for Remand to State Court.

Respectfully submitted,
Plaintiff Ramon Gonzalez,
By his attorneys,

_____
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA 02108
(617) 523-7470

_____
George J. Nader, BBO#549149
RILEY & DEVER, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via U.S. mail, postage prepaid on February 2, 2005.

_____
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA  02108
(617) 523-7470