UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
RAMON GONZALEZ,                        )
                                       )
    Plaintiff                          )
                                       )
v.                                     )   Civil Action No. 04-12609-RGS
                                       )
ASITRADE, AG, BOBST GROUP USA,         )
INC., and LIBERTY-STANDARD, LLC,       )
d/b/a BICKNELL & FULLER SPECIALTY      )
PACKAGING,                             )
                                       )
    Defendants                         )
_____   )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiff, Ramon Gonzalez, and Defendants, Asitrade, AG, Bobst Group USA, Inc., and Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packing, have conferred pursuant to Local Rule 16.1 and proposed the following pretrial schedule for the Court's consideration at the initial scheduling conference set for February 14, 2005, at 2:30 p.m.

**1.**  **Proposed Discovery Schedule**

    a.    L.R.26.2(A) automatic disclosure provided on or before **February 28, 2005**;

    b.    All trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff no later than **September 16, 2005**, and by the defendants no later than **September 30, 2005**; deposition discovery of experts may be conducted through **November 11, 2005**;

    c.    Non-expert discovery is to be completed by **November 11, 2005**, unless shortened or enlarged by Order of this Court;

    d.    Motions for summary judgment are to be filed by **December 9, 2005**, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

    e.    Motions to add or drop parties may be filed by **June 30, 2005**;

    f.    A further scheduling/status conference is set for **December 30, 2005** (or other date which is convenient to this Court).

**2.** **Certification**

The parties will file the certifications required by Local Rule 16.1 at or before the conference.

| Plaintiff | Defendant |
|---|---|
| RAMON GONZALEZ | ASITRADE, AG |
| By its attorney, | By its attorneys, |
| | |
| /s/ Jeffrey S. Ahearn | /s/ Kevin G. Kenneally |
| Jeffrey S. Ahearn, Esq. | Kevin G. Kenneally, Esq. |
| BBO No.558562 | BBO No. 550050 |
| 44 School Street, 6th Floor | DONOVAN HATEM LLP |
| Boston, MA 02108 | World Trade Center East |
| (617) 523-7470 | Two Seaport Lane, 8th Floor |
| | Boston, MA 02210 |
| | (617) 406-4500 |
| | |
| Defendant | Defendant |
| LIBERTY-STANDARD, LLC, d/b/a | BOBST GROUP, INC. |
| Bicknell & Fuller Specialty Packaging | By its attorneys, |
| By its attorneys, | |
| | |
| /s/ James E. Harvey, Jr. | /s/ Kevin G. Kenneally |
| James E. Harvey, Jr., Esq. | Kevin G. Kenneally, Esq. |
| BBO No. 224920 | BBO No. 550050 |
| O'MALLEY AND HARVEY, LLP | DONOVAN HATEM LLP |
| Two Oliver Street, 9th Floor | World Trade Center East |
| Boston, MA 02109-4908 | Two Seaport Lane, 8th Floor |
| (617) 357-5544 | Boston, MA 02210 |
| | (617) 406-4500 |