UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  Civil Action No. 04-12609-RGS |
| | ) |
| ASITRADE, AG, BOBST GROUP USA, | ) |
| INC., and LIBERTY-STANDARD, LLC, | ) |
| d/b/a BICKNELL & FULLER SPECIALTY | ) |
| PACKAGING, | ) |
| | ) |
| Defendants | ) |
| | ) |

## CERTIFICATION

We hereby certify that the parties have conferred (a) with a view to establishing a budget

for the costs of conducting the litigation and (b) the availability of alternative dispute resolution.

Defendant
BOBST GROUP USA, INC.,

By: _____
          Authorized Representative

BOBST GROUP USA, INC.
ASITRADE, AG
By their attorneys,

_____
John A. Donovan, Jr., Esq.
BBO No. 130600
Kevin G. Kenneally, Esq.
BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA  02210
(617) 406-4500

Dated:  February 10, 2005
00893873.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF
RECORD FOR EACH OTHER PARTY BY MAIL AND ON 2/10/05