UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ, )
)
    Plaintiff )
)
v. )   Civil Action No. 04-12609-RGS
)
ASITRADE, AG, BOBST GROUP, USA, )
INC., and LIBERTY-STANDARD, LLC, )
d/b/a BICKNELL & FULLER SPECIALTY )
PACKAGING, )
)
    Defendants )
)

## CERTIFICATION

We hereby certify that the parties have conferred (a) with a view to establishing a budget for the costs of conducting the litigation, and (b) the availability of alternative dispute resolution.

PACKAGING

Defendant
LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY

By: _____
Catharine L. Scott, Authorized Representative

LIBERTY-STANDARD, LLC d/b/a
BICKNELL & FULLER SPECIALTY

PACKAGING

By its attorney,

2/11/05

_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor