UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ, )<br>        )<br>    Plaintiff )<br>        )<br>v.      )<br>        )<br>ASITRADE, AG, BOBST GROUP USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING,  )<br>        )<br>    Defendants )<br>        ) | Civil Action No. 04-12609-RGS |

### DEFENDANT'S AUTOMATIC DISCLOSURES

Defendant's hereby make their initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1):

(A)   The name, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

   Plaintiff Ramon Gonzalez

2.   Evasmo Gonzalez
     Trenton, NJ
     (609) 587-5282

3.   Carol Bates
     OSHA/U.S. Dept. of Labor
     15 Branch Street
     Methuen, MA
     (617) 565-8110

4.   Keepers of Records
     Bicknell & Fuller Specialty Pkg.
     and/or – Liberty-Standard LLC

Defendants reserve the right to supplement.

A copy of, or description by category of, all documents, data compilations and tangible things that are in possession of disclosing party that may be used to support claims or defenses:

1. Defendants have machine books and accompanying materials that have been made available to plaintiff for inspection or copying.

2. Defendant have custody of accident information, photographs and damages information provided by plaintiff in his initial disclosures which defendants may use to support its defenses. Defendants have no other accident or damages materials. Discovery is ongoing.

A computation of damages claimed by disclosing party:

Not applicable.

Insurance coverage information:

Defendants are insured by XL Group, Dallas, TX. Defendants will supplement.

           Defendant
           ASITRADE, AG
           By its attorneys,

John A. Donovan, Jr., Esq., BBO No. 130600
Kevin G. Kenneally, Esq., BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Defendant
BOBST GROUP, INC.
By its attorneys,

*/s/ Kevin G. Kenneally*

John A. Donovan, Jr., Esq., BBO No. 130000
Kevin G. Kenneally, Esq., BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Dated: April 15, 2005

00911087/09951.42

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 4/15/05

*/s/ Kevin G. Kenneally*

3