UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,  )<br>  )<br>  Plaintiff  )<br>  )<br>v.  )<br>  )<br>ASITRADE, AG, BOBST GROUP, USA,  )<br>INC., and LIBERTY-STANDARD, LLC,  )<br>d/b/a BICKNELL & FULLER SPECIALTY  )<br>PACKAGING,  )<br>  )<br>  Defendants  )<br>  ) | Civil Action No. 04-12609-RGS |

### DEFENDANT LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging and pursuant to Fed. R. Civ. P. 56(b) moves for summary judgment in its favor on Count V of the Complaint, the only claim against it.

As good cause therefore the defendant states that the subject claim arises from a personal injury in the course of the plaintiff's employment on September 18, 2001, that the defendant was the plaintiff's employer at the time of his accident, and it is immune from common law liability pursuant to the workers' compensation statute, M.G.L. c. 152, §24.

LIBERTY-STANDARD, LLC

By its attorney,

*[signature]*

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging's Motion for Summary Judgment was sent via U.S. mail to the attorneys listed below, on this 11th day of May, 2005.

| | | |
|---|---|---|
| John A. Donovan, Esq. | Jeffrey S. Ahearn, Esq. | George J. Nader, Esq. |
| Donovan Hatem | 44 School Street, 6th Floor | Riley & Dever, P.C. |
| Two Seaport Lane | Boston, MA 02108 | 210 Broadway, Suite 201 |
| Boston, MA 02210 | | Lynnfield, MA 01940 |

*[signature]*

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477