UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-12609-RGS |
| ) | |
| ASITRADE, AG, BOBST GROUP, USA, ) | |
| INC., and LIBERTY-STANDARD, LLC, ) | |
| d/b/a BICKNELL & FULLER SPECIALTY ) | |
| PACKAGING, ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT LIBERTY-STANDARD, LLC,
d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S
MOTION FOR SUMMARY JUDGMENT**

Summary judgment should be granted because the defendant Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging ("Liberty-Standard") was the plaintiff's employer on September 18, 2001; the plaintiff received the personal injury which is the subject of this suit in the course of his employment on September 18, 2001; and as the plaintiff's employer the defendant is immune from suit pursuant to M.G.L. c. 152, §24.

LIBERTY-STANDARD, LLC

By its attorney,

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Memorandum in Support of Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging's Motion for Summary Judgment was sent via U.S. mail to the attorneys listed below, on this 11th day of May, 2005.

| John A. Donovan, Esq. | Jeffrey S. Ahearn, Esq. | George J. Nader, Esq. |
| Donovan Hatem | 44 School Street, 6th Floor | Riley & Dever, P.C. |
| Two Seaport Lane | Boston, MA 02108 | 210 Broadway, Suite 201 |
| Boston, MA 02210 | | Lynnfield, MA 01940 |

_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477