UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAMON GONZALEZ, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12609-RGS |
| | ) | |
| ASITRADE, AG, BOBST GROUP, USA, | ) | |
| INC., and LIBERTY-STANDARD, LLC, | ) | |
| d/b/a BICKNELL & FULLER SPECIALTY | ) | |
| PACKAGING, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S MOTION FOR SUMMARY JUDGMENT

The defendant Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging ("Liberty-Standard") states the material facts are:

1.  the plaintiff's claim arises from a personal injury accident in the course of his employment on September 18, 2001 date. See Affidavit of Nancy Laplante attached as Exhibit 1;

2.  the defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging was the plaintiff's employer at the time of the subject accident. See Affidavit of Nancy Laplante attached as Exhibit 1, and Affidavit of Stephen Richardson, Exhibit 2.

3.  the plaintiff made a claim for workers compensation benefits against Liberty Mutual Insurance Company, the insurer for Liberty-Standard, LLC d/b/a Bicknell & Fuller

Specialty Packaging, for the injuries he received in this accident. See Affidavit of

Lois Deharo attached as Exhibit 3.

4.      Liberty Mutual Insurance Company, on behalf of plaintiff's employer, paid workers

compensation benefits to Mr. Gonzalez for his injuries in this accident. See Affidavit

of Lois Deharo attached as Exhibit 3.

LIBERTY-STANDARD, LLC

By its attorney,

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
TEL:   (617) 357-5544
FAX:   (617) 204-3477

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Local Rule 56.1 Statement of

Material Facts in Support of Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty

Packaging's Motion for Summary Judgment was sent via U.S. mail to the attorneys listed below, on

this 11th day of May, 2005.

John A. Donovan, Esq.      Jeffrey S. Ahearn, Esq.      George J. Nader, Esq.
Donovan Hatem             44 School Street, 6th      Riley & Dever, P.C.
Two Seaport Lane          Floor                    210 Broadway, Suite 201
Boston, MA 02210         Boston, MA  02108       Lynnfield, MA 01940

James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
TEL:   (617) 357-5544
FAX:   (617) 204-3477

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ,                              )
                                             )
    Plaintiff                            )
                                             )
v.                                           )        Civil Action No. 04-12609-RGS
                                             )
ASITRADE, AG, BOBST GROUP, USA,              )
INC., and LIBERTY-STANDARD, LLC,             )
d/b/a BICKNELL & FULLER SPECIALTY            )
PACKAGING,                                   )
                                             )
    Defendants                           )
                                             )

**AFFIDAVIT OF NANCY P. LAPLANTE**

Now comes Nancy P. LaPlante and avers as follows:

1.     My name is Nancy P. LaPlante.  I am the Human Resources Manager for Liberty Carton New England.

2.     On September 18, 2001 I was the Human Resources Manager of Bicknell & Fuller Corrugated Packaging at 4 First Avenue, Peabody, Massachusetts and I provided human resources support for Bicknell & Fuller Specialty Packaging at 1 First Avenue, Peabody, Massachusetts.

3.     In the course of my work providing human resources support for Bicknell & Fuller Specialty Packaging I had personal knowledge that Ramon Gonzalez was an employee of Bicknell & Fuller Specialty Packaging.  This includes my attending the accident site at Bicknell & Fuller Specialty Packaging immediately after the accident on September 18, 2001.

4.   I initiated Mr. Gonzalez's workers' compensation claim for this accident under the
     Liberty-Standard, LLC and Bicknell & Fuller Specialty Packaging workers'
     compensation policy with Liberty Mutual Insurance Company and, along with the
     Senior Case Manager assigned by Liberty Mutual Insurance Company, I managed the
     workers' compensation claim made by Mr. Gonzalez.

5.   Exhibit 1 is a true copy of the Employer's First Report of Injury which I completed
     and signed on behalf of Mr. Gonzalez's employer on September 21, 2001, and which
     I forwarded at that time to Liberty Mutual Insurance Company's office in Weston,
     Massachusetts.

Signed under the penalties of perjury this ____5th____ day of April, 2005.


_____

Nancy P. LaPlante
Human Resources Manager
Liberty Carton New England

FORM 101

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF INDUSTRIAL ACCIDENTS - DEPARTMENT 101
600 WASHINGTON STREET - 7TH FLOOR, BOSTON, MA 02111

**EMPLOYER'S FIRST REPORT OF INJURY OR FATALITY**

DIA BOARD NO.:

ENTER IF KNOWN

File this form if injury has resulted in death or in 5 or more calendar days of total or partial incapacity from earning wages.

INSTRUCTIONS AND CODES ON THE REVERSE SIDE. PLEASE PRINT OR TYPE.

**EMPLOYEE**

1. Employee's Name (Last, First, MI): Gonzalez, Ramon
2. Home Telephone: 978 168) - 0884
3. Social Security Number: 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
4. Sex: M ☒ F ☐

5. Home Address (No. and Street, City, State, Zip): 65 Shawsheen Rd Lawrence MA 01843
6. Marital Status: M ☐ S ☒
7. Number of Dependents:

8. Date of Hire (mm/dd/yy): 3/26/01
9. Date of Birth (mm/dd/yy): 8/31/57
10. Average Weekly Wage $ 3960.00   ☒ Estimated  ☐ Actual

**EMPLOYER**

11. Employer's Name: Liberty Standard LLC
12. Federal Tax I.D. Number: 41-197 5133

13. Employer's Address (No. and Street, City, State, Zip): One 1st Ave Peabody MA 01960
14. Employer's Telephone: 978) - 538-7630
15. Industry Code: 26

16. Workers' Compensation Insurance Carrier (Not Local Agent/Adjuster): Liberty Mutual
17. W.C. Policy Number:

18. Self-Insured? ☐ Yes ☒ No
19. Self-Insurer Number:

20. Describe Nature of Business or Article Manufactured (check one): ☐ Service  ☐ Wholesale  ☐ Retail  ☐ Manufacturing
21. Dept. No.    Floor No.

**INJURY INFORMATION**

22. Date of Injury (mm/dd/yy): 9/18/01
23. Location Where Injury Occurred (if Different Than #13):
24. Injured on Employer's Premises? ☒ Yes ☐ No

25. Employer's Location Code:
26. If Employee Has Died, Date of Death (mm/dd/yy):

27. First Day of Total or Partial Incapacity to Earn Wages (mm/dd/yy): 9/19/01
28. Nth Day of Total or Partial Incapacity to Earn Wages (mm/dd/yy): 9/23/01

29. Source of Injury (Chemicals, Machinery, Etc.): Machinery

30. Describe How Injury/Exposure Occurred (Struck By...Fell From...Exposed To...): Arm caught in machine

31. To Whom Was Injury/Death Reported? George Baxter  Position: Laminating Sup.
32. Date Reported (mm/dd/yy): 9/18/01
33. Date Reported as Work Related (mm/dd/yy): 9/18/01

34. Injury Code(s): 160
35. Body Part Code(s): 311

36. Description (Left Leg...Lower Back...): Left arm

37. Witness(es) To The Injury? ☒ Yes  ☐ No   If "YES" Please Specify: George Baxter

38. Has Employee Returned to Work? ☐ Yes ☒ No
39. Date of Return (mm/dd/yy):

40. Employee's Regular Occupation:
40A. Returned to Regular Occupation? ☐ Yes  ☐ No

41. Preparer for Employer (Please Print or Type): Nancy P. LaPlante
42. Title: HR Manager

43. Preparer's Signature: Nancy P LaPlante
44. Date Prepared (mm/dd/yy): 3/21/01

*Disclosing Social Security Number is voluntary. It will assist in the processing of your report.

REPRODUCE AS NEEDED
20-CSP-7 R5

Form 6101 (2/93)

** TOTAL PAGE.02 **



DEPARTMENT OF INDUSTRIAL ACCIDENTS · DEPARTMENT 101
600 WASHINGTON STREET · 7TH FLOOR, BOSTON, MA 02111

**EMPLOYER'S FIRST REPORT OF INJURY OR FATALITY**

ENTER IF KNOWN

File this form if injury has resulted in death or in 5 or more calendar days of total or partial incapacity from earning wages.

INSTRUCTIONS AND CODES ON THE REVERSE SIDE. PLEASE PRINT OR TYPE:

**EMPLOYEE**

| | |
|---|---|
| 1. Employee's Name (Last, First, MI) Gonzalez, Ramon | 2. Home Telephone 478 1682-088 | 3. Social Security Number 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 | 4. Sex M☒ F☐ |
| 5. Home Address (No. and Street, City, State, Zip) Lawrence 65 Shawsheen Rd MA 01843 | 6. Marital Status M☐ S☒ | 7. Number of Dependents |
| 8. Date of Hire (mm/dd/yy) 3/26/01 | 9. Date of Birth (mm/dd/yy) 8/31/57 | 10. Average Weekly Wage $ 3260.00 ☒ Estimated ☐ Actual |

**EMPLOYER**

| | |
|---|---|
| 11. Employer's Name Liberty Standard LLC | 12. Federal Tax I.D. Number 4-197 5133 |
| 13. Employer's Address (No. and Street, City, State, Zip) One 1st Ave Peabody MA 01960 | 14. Employer's Telephone 978 - 538-7630 |
| | 15. Industry Code 26 |
| 16. Workers' Compensation Insurance Carrier (Not Local Agent/Adjuster) Liberty Mutual | 17. W.C. Policy Number |
| 18. Self-Insured? ☐ Yes ☒ No | 19. Self-Insurer Number |
| 20. Describe Nature of Business or Article Manufactured (check one) ☐ Service ☐ Wholesale ☐ Retail ☐ Manufacturing | 21. Dept. No.    Floor No. |

**INJURY INFORMATION**

| | |
|---|---|
| 22. Date of Injury (mm/dd/yy) 9/18/01 | |
| 23. Location Where Injury Occurred (If Different Than #13) | 24. Injured on Employer's Premises? ☒ Yes ☐ No |
| 25. Employer's Location Code | 26. If Employee Has Died, Date of Death (mm/dd/yy) |
| 27. First Day of Total or Partial Incapacity to Earn Wages (mm/dd/yy) 9/19/01 | 28. Fifth Day of Total or Partial Incapacity to Earn Wages (mm/dd/yy) 9/23/01 |
| 29. Source of Injury (Chemicals, Machinery, Etc.) Machinery | |
| 30. Describe How Injury/Exposure Occurred (Struck By...Fell From...Exposed To...) Arm caught in machine | |
| 31. To Whom Was Injury/Death Reported? George Baxter Product Laminating Sup. | 32. Date Reported (mm/dd/yy) 9/18/01 | 33. Date Reported as Work Related (mm/dd/yy) 9/18/01 |
| 34. Injury Code(s) 160 | 35. Body Part Code(s) 311 |
| 36. Description (Left Leg...Lower Back...) Left Arm | |
| 37. Witness(es) To The Injury? ☒ Yes ☐ No    If "YES" Please Specify: George Baxter | |
| 38. Has Employee Returned to Work? ☐ Yes ☒ No | 39. Date of Return (mm/dd/yy) / / |
| 40. Employee's Regular Occupation | 40A. Resumed Regular Occupation? ☐ Yes ☐ No |
| 41. Preparer for Employer (Please Print or Type) Nancy P. LaPlante | 42. Title HR Manager |
| 43. Preparer's Signature Nancy P. LaPlante | 44. Date Prepared (mm/dd/yy) 9/24/01 |

*Disclosing Social Security Number is voluntary. It will assist in the processing of your report.

REPRODUCE AS NEEDED
20-CSF-7 R5

Form 6101 (2/93)

** TOTAL PAGE.02 **

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ,                          )
                                         )
        Plaintiff                        )
                                         )
v.                                       )        Civil Action No. 04-12609-RGS
                                         )
ASITRADE, AG, BOBST GROUP, USA,          )
INC., and LIBERTY-STANDARD, LLC,         )
d/b/a BICKNELL & FULLER SPECIALTY        )
PACKAGING,                               )
                                         )
        Defendants                       )
_____)

## AFFIDAVIT OF STEPHEN RICHARDSON

Now comes Stephen Richardson and avers as follows:

1.   My name is Stephen Richardson. I am the Vice President of Finance for Liberty
     Diversified Industries, Inc.

2.   I am familiar with Liberty-Standard, LLC because Liberty Diversified Industries, Inc.
     owned 50% of the stock of Liberty-Standard, LLC until Liberty-Standard, LLC was
     dissolved in 2003 and I was active in the oversight of the joint venture operation.

3.   In 2001, including September 18, 2001, Liberty-Standard, LLC operated the plant at
     One First Avenue, Peabody, Massachusetts. The name of that business was Liberty-
     Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging.

4.   That business carried workers compensation insurance with Liberty Mutual Insurance
     Company, policy number WC2-141-433102-011.

Signed under the pains of perjury this _____ day of April, 2005.


_____
Stephen Richardson
Vice President of Finance

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMON GONZALEZ,                    )
                                   )
        Plaintiff                  )
                                   )
v.                                 )        Civil Action No. 04-12609-RGS
                                   )
ASITRADE, AG, BOBST GROUP, USA,    )
INC., and LIBERTY-STANDARD, LLC,   )
d/b/a BICKNELL & FULLER SPECIALTY) )
PACKAGING,                         )
                                   )
        Defendants                 )
_____)

AFFIDAVIT OF LOIS DEHARO


        Now comes Lois Deharo and avers as follows:

        1.      My name is Lois Deharo.  I have been employed by Liberty Mutual Insurance Company at all

relevant times.

        2.      I am familiar with the claim made by Ramon Gonzalez for workers compensation benefits arising

from his accident on September 18, 2001, and familiar with the workers compensation coverage for that claim.

        3.      In September, 2001 Mr. Gonzalez made a claim for workers compensation benefits to Liberty

Mutual Insurance Company, the workers compensation insurer for his employer, Liberty Standard, LLC, d/b/a

Bicknell and Fuller Specialty Packaging, for injuries he incurred in said accident.

        4.      Pursuant to that claim Liberty Mutual Insurance Company paid workers compensation benefits to

Mr. Gonzalez.

        5.      A copy of the declaration sheet for the applicable workers compensation policy, Liberty Mutual

Insurance Company number WC2-141-433102-011, is attached.

        Signed under the pains of perjury this    6th day of May 2005.


                                        _Lois Deharo_
                                        Lois Deharo

ISSUING OFFICE 443
INFORMATION PAGE



**LIBERTY MUTUAL.**

**Workers Compensation and Employers Liability Policy**

| ACCOUNT NO. | SUB ACCT NO. |
|---|---|
| 43 31 02 | 0000 |

Liberty Mutual Insurance Group/Boston
LIBERTY MUTUAL FIRE INSURANCE COMPANY     16586

| POLICY NO. | TD/CD | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR |
|---|---|---|---|---|---|---|---|
| WC2-141-433102-011 | 22/8 | MINNEAPOLIS | 465 | BALL                   G | 7651 | 2 | 2000 |

Item 1. Name of LIBERTY-STANDARD LLC AND BICKNELL
Insured  AND FULLER SPECIALTY PACKAGING
         AND AS PER ENDORSEMENT NO 1                    FEIN 411975133

Address 5600 HWY 169
        NEW HOPE, MN 55428

Status   CORPORATION

Other workplaces not shown above:  SEE ITEM FOUR

Item 2. Policy Period: From   Mo. 05  Day 31  Year 2001   to   Mo. 05  Day 31  Year 2002
                       12:01 AM          standard time at the address of the insured as stated herein.

Item 3. Coverage

A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:

    MA

B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

    Bodily Injury by Accident  $     500,000   each accident
    Bodily Injury by Disease   $     500,000   policy limit
    Bodily Injury by Disease   $     500,000   each employee

C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
    ALL STATES EXCEPT THOSE LISTED IN ITEM 3A AND THE STATES OF
    ND OH WA WV WY AK

D.  This policy includes these endorsements and schedules:   SEE EXTENSION OF INFORMATION PAGE

Item 4. Premium — The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Re-muneration | LINE 110 Estimated Annual Premiums |
|---|---|---|---|---|
| SEE EXTENSION OF INFORMATION PAGE | | | | |
| MA ASSESSMENT            $      2,362 | | | | |

| Minimum Premium $  428   (MA) | Total Estimated Annual Premium $ | 52,120 |
|---|---|---|
| Interim adjustment of premium shall be made:  ANNUALLY | Deposit Premium      $ | 52,120 |

*N*4N00*  SCPP

This policy, including all endorsements issued therewith, is hereby countersigned by _____

                                                    Authorized Representative        Date 06/25/2001

| Loc. Code | Term. Oper. JO | Audit Basis | Periodic Payment | Rating Basis | Pol. H.G. | Home State | Dividend | RENEWAL OF |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/25/2001 | 1 | | NR | | MA | | WC2-141-433102-010 |

GPO 4033 R1                                                                                  WC 00 00 01 A

Copyright 1987 National Council on Compensation Insurance