UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br><br>    Plaintiff<br><br>v.<br><br>ASITRADE, AG, BOBST GROUP, USA, INC., and LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING,<br><br>    Defendants | Civil Action No. 04-12609-RGS |

**RULE 7.1 CERTIFICATION OF DEFENDANT LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S MOTION FOR SUMMARY JUDGMENT**

I hereby certify pursuant to Local Rule 7.1(A)(2) that on May 11, 2005 I spoke to plaintiff's counsel Jeffrey S. Ahearn, and attempted in good faith to resolve or narrow the issue which is the subject of the motion for summary judgment.

LIBERTY-STANDARD, LLC

By its attorney,

_____
James E. Harvey, Jr., Esq./BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Rule 7.1 Certification of Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging's Motion for Summary Judgment was sent via U.S. mail to the attorneys listed below, on this 11th day of May, 2005.

| | | |
|---|---|---|
| John A. Donovan, Esq.<br>Donovan Hatem<br>Two Seaport Lane<br>Boston, MA 02210 | Jeffrey S. Ahearn, Esq.<br>44 School Street, 6th Floor<br>Boston, MA 02108 | George J. Nader, Esq.<br>Riley & Dever, P.C.<br>210 Broadway, Suite 201<br>Lynnfield, MA 01940 |

/s/ James E. Harvey
_____
James E. Harvey, Jr., Esq., BBO No. 224920
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: (617) 357-5544
FAX: (617) 204-3477