UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ASITRADE, AG, BOBST GROUP USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING, )<br>)<br>Defendants ) | Civil Action No. 04-12609-RGS |

### APPEARANCE OF COUNSEL

To The Clerk of the Above-Named Court:

Kindly docket the appearance of Kevin G. Kenneally, Esq., Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210 as counsel of record for Bobst Group USA, Inc. and Asitrade, AG, Defendants in the above matter. Please send notice of all matters electronically to kkenneally@donovanhatem.com.

Defendants
BOBST GROUP USA, INC. and
ASITRADE, AG
By their attorneys,

_____
Kevin G. Kenneally, Esq.
BBO No. 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Dated: June __, 2005
00923165.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 6/6/05