UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 20 P 2: 49

|  |  |
|---|---|
| RAMON GONZALEZ,<br>    Plaintiff<br><br>v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC,<br>d/b/a BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No.:04-12609-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
DISTRICT OF MASS.

Allowed. RMS Stearns DJ 10-21-05.

## JOINT MOTION TO EXTEND DISCOVERY AND AMEND PRETRIAL SCHEDULE

NOW COME the parties in the above-entitled action and respectfully move this Honorable Court to extend the discovery deadline and subsequent steps in the pretrial schedule for ninety (90) days. As grounds for this Motion the parties state as follows:

1. This is an action for personal injuries brought by Plaintiff Ramon Gonzalez (hereinafter "Plaintiff"). Plaintiff alleges he was seriously and permanently injured when his left arm was pulled between the rollers of an industrial machine in his usual course of employment on September 18, 2001 in Peabody, Massachusetts. Defendant Asitrade, AG allegedly manufactured the machine. Defendant Bobst Group USA, Inc. allegedly marketed, sold, distributed, installed and/or serviced the machine. Defendant Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging allegedly owned the machine.

2. This action was commenced on or about September 14, 2004 in the Essex County, Massachusetts, Superior Court and transferred to this Court by Order of the

Essex Superior Court on or about December 30, 2004. This action is not presently scheduled for pretrial conference or trial.

    3.    Pursuant to the pretrial schedule in this matter discovery closes November 11, 2005. Despite the parties' ongoing cooperation with regard to discovery, scheduling and completing discovery has been difficult as this matter involves a corporate Defendant from Switzerland, a second corporate Defendant from New Jersey and a third Defendant consisting of a Minnesota based company in the process of winding down its operations.

    4.    The parties submit that there is outstanding written discovery and the parties desire to conduct additional depositions. For the aforementioned reasons the parties require additional time to complete discovery and to narrow the issues for trial.

    5.    The November 11, 2005 discovery deadline has not yet passed and the pretrial schedule has not previously been amended.

    6.    Plaintiff's counsel Jeffrey S. Ahearn's wife is due to give birth on December 16, 2005. Plaintiff thus anticipates being unable to participate in discovery for a brief period in December. For the foregoing reasons the parties request a ninety (90) day extension to complete discovery.

    7.    Allowance of this Motion will be in the best interest of all parties and will serve the interests of justice, expeditiousness and economy.

WHEREFORE, the parties respectfully request this Honorable Court amend the pretrial schedule to extend the discovery deadline and subsequent pretrial deadlines by ninety (90) days as follows:

    1. <u>Discovery Schedule</u>

    a. Unchanged;

b. Plaintiff, Defendant Asitrade AG and Defendant Bobst Group, USA, Inc. have designated trial experts and disclosed information contemplated by FRCP 26. Defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging to designate trial experts and disclose information contemplated by FRCP 26 no later than December 15, 2005; deposition discovery of experts may be conducted through February 9, 2006;

c. Non-expert discovery is to be completed by February 9, 2006 unless shortened or enlarged by Order of this Court;

d. Motions for summary judgment are to be filed by March 13, 2006, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

e. Unchanged; and

f. A further scheduling/status conference is set for March 30, 2006 (or other date which is convenient to this Court).

Dated: October 20, 2005

Respectfully submitted,
Defendant Asitrade AG
By its attorneys,

_/s/ Kevin Kenneally_
Kevin G. Kenneally, Esq.
BBO No.: 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Respectfully submitted,
Defendant Bobst Group, USA, Inc.
By its attorneys,

_/s/ Kevin G. Kenneally_
Kevin G. Kenneally, Esq.
BBO No.: 550050
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Respectfully submitted,
Plaintiff Ramon Gonzalez
By his attorneys,

_/s/ Jeffrey Ahearn_
Jeffrey S. Ahearn, Esq.
BBO No.:558562
44 School St., 6th Fl.
Boston, MA 02108
(617) 523-7470

_/s/ George J. Nader_
George J. Nader, Esq.
BBO No.: 549149
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940
(781) 581-9880

3

(617) 406-4500

Respectfully submitted,
Defendant Liberty-Standard, LLC,
d/b/a Bicknell & Fuller Specialty Packaging
By its attorneys,

*/s/ Corinne E. Casarino*
James E. Harvey, Jr., Esq.
BBO No.: 224920
Corinne E. Casarino, Esq.
BBO No.: 638081
O'MALLEY AND HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
(617) 357-5544

4