UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>ASITRADE, AG,<br>BOBST GROUP USA, INC., and<br>LIBERTY-STANDARD, LLC, d/b/a<br>BICKNELL & FULLER SPECIALTY<br>PACKAGING,<br><br>                Defendants. | Civil Action No. 04-12609-RGS |

## NOTICE OF REMOVAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please remove John A. Donovan, Jr.'s appearance *only* on behalf of the Defendants Asitrade, AG and Bobst Group USA, Inc., in the above-captioned matter. Attorney Donovan recently passed away. The appearance of the firm of Donovan Hatem LLP and Kevin G. Kenneally will remain as counsel for the Defendants.

                                                Defendants,
                                                ASITRADE, AG and
                                                BOBST GROUP USA, INC.,
                                                By their attorneys,

                                                /s/ Kevin G. Kenneally
                                                Kevin G. Kenneally
                                                BBO No. 550050
                                                DONOVAN HATEM LLP
                                                World Trade Center East
                                                Two Seaport Lane, 8th Floor
                                                Boston, MA  02210
                                                (617) 406-4500

Dated: January 11, 2006
00971633.DOC//9951.42

## **CERTIFICATE OF SERVICE**

      I, Kevin G. Kenneally, hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, proper postage pre-paid, on January **11**, 2006.

_____
Kevin G. Kenneally