UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ASITRADE, AG, BOBST GROUP, USA, )<br>INC., and LIBERTY-STANDARD, LLC, )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING, )<br>)<br>Defendants )<br>) | Civil Action No. 04-12609-RGS |

**LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT LIBERTY-STANDARD, LLC d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S MOTION FOR SUMMARY JUDGMENT**

___

The defendant Liberty-Standard, LLC d/b/a Bicknell & Fuller Specialty Packaging ("Liberty-Standard") states that the material facts are:

1. The plaintiff's claim arises from a personal injury accident which occurred in the course of his employment at Bicknell & Fuller Specialty Packaging on September 18, 2001. See Affidavit of Nancy LaPlante, Ex. 11.

2. At the time of plaintiff's injury, the defendant Liberty-Standard was a Minnesota corporation with an ordinary place of business located at 1 First Avenue, Peabody, Massachusetts. See affidavit of Stephen Richardson, Ex. 20.

3. During the course of discovery for this case, plaintiff and Liberty-Standard produced documents indicating that Liberty-Standard was his employer on the date of his injury. See Exhibits 2, 3, 4, 5, 6, 7, 8.

4. Although there was some confusion when the original workers' compensation claim was

filed, Liberty Mutual Insurance Company's internal documents indicate Liberty-Standard's workers' compensation policy paid for the plaintiff's compensation claim. See Affidavit of Joseph Colucci, attached as Exhibit 16; Affidavit of Colleen Verrault, attached as Exhibit 18; and associated documents.

    Respectfully submitted,

    LIBERTY-STANDARD, LLC

    By its attorneys,


    /s/ James E. Harvey, Jr.
    James E. Harvey, Jr./BBO No. 224920
    Corinne E. Casarino/BBO No. 638081
    O'Malley and Harvey, LLP
    Two Oliver Street, 9th Floor
    Boston, MA  02109-4908
    TEL:   (617) 357-5544
    FAX:   (617) 204-3477

Dated: March 13, 2006