UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON GONZALEZ,            )<br>                                             )<br>    Plaintiff                              )<br>                                             )<br>v.                                          )<br>                                             )<br>ASITRADE, AG, BOBST GROUP, USA,  )<br>INC., and LIBERTY-STANDARD, LLC,  )<br>d/b/a BICKNELL & FULLER SPECIALTY )<br>PACKAGING,                            )<br>                                             )<br>    Defendants                         )<br>_____) | Civil Action No. 04-12609-RGS |

**DEFENDANT LIBERTY-STANDARD, LLC, d/b/a BICKNELL & FULLER SPECIALTY PACKAGING'S OPPOSITION TO PLAINTIFF RAMON GONZALEZ'S MOTION TO COMPEL FED. R. CIV. P. 30(b)(6) DEPOSITION**

Now comes the defendant Liberty-Standard, LLC d/b/a Bicknell and Fuller Specialty Packaging ("Liberty-Standard") and respectfully opposes plaintiff Ramon Gonzalez's motion to compel it to designate a witness or witnesses pursuant to Fed. R. Civ. P. 30(b)(6).

As reasons therefore, Liberty-Standard states the following:

1. Liberty Mutual Insurance Company, Liberty-Standard's workers' compensation insurer, has paid Mr. Gonzalez at least $46,500 in workers' compensation benefits, in addition to covering his medical bills worth over $97,000, arising from the September 18, 2001 industrial accident.

2. Liberty-Standard no longer exists. It was a joint venture between Liberty Diversified, Inc. and another entity. Liberty-Standard ceased operations in December 2001. Liberty-Standard was formally dissolved and ceased to exist on October 15, 2003 and withdrew from Massachusetts effective November 25, 2003. Copies of the certificates of

      termination and withdrawal are attached as Exhibits 1 and 2.

3. No former officer or employee of Liberty-Standard is available to testify to Liberty-Standard's corporate, payroll, or insurance information.

4. Defendant does not object to plaintiff's attempts to conduct reasonable discovery past the discovery cutoff date, which was February 9, 2006. Defendant has provided the names of persons knowledgeable about the clerical error regarding workers' compensation insurance that the plaintiff has sought to exploit.

5. In its Answers to Interrogatories dated November 8, 2005, defendant provided the name of George Baxter of Dayton, New Jersey, the former Liberty-Standard employee who is probably most knowledgeable about the industrial accident at the heart of this case. However, defendant has no control over this witness and cannot compel him to appear for deposition.

      WHEREFORE, defendant Liberty-Standard respectfully requests that this Court deny plaintiff's Motion to Compel and grant defendant such relief as is reasonable and just.

      Respectfully submitted,

      LIBERTY-STANDARD, LLC

      By its attorneys,

      /s/ James E. Harvey, Jr.
      James E. Harvey, Jr./BBO No. 224920
      Corinne E. Casarino/BBO No. 638081
      O'Malley and Harvey, LLP
      155 Federal Street, 12th Floor
      Boston, MA  02110-1727
      TEL:   (617) 357-5544
      FAX:   (617) 204-3477

Date: March 29, 2006

# State of Minnesota
# SECRETARY OF STATE

### Certificate of Termination

Articles of Termination, or in the case of a non-Minnesota limited liability company, a certificate of termination from the state of organization, for the limited liability company below have been filed with the Office of the Secretary of State of Minnesota on this date pursuant to the requirements of the chapter listed below. Therefore, the existence of the limited liability company is terminated as of this date, or in the case of a non-Minnesota limited liability company, the authority of the limited liability company to do business in Minnesota is terminated as of this date.

Name of Dissolving Limited Liability Company:

LIBERTY-STANDARD, LLC

State of Organization: MN

Charter or Foreign Limited Liability Company Number: 16780-LLC

Terminated Pursuant to Chapter: 322B

This certificate has been issued on 10/15/2003.



*Mary Kiffmeyer*
Secretary of State

O9/1

4119775133

**FILED**

NOV 2 5 2003

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Federal Identification
No. 41-1975113
Fee: $100.00

**THE COMMONWEALTH OF MASSACHUSETTS**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

### CERTIFICATE OF WITHDRAWAL

I, David Lenzen, Executive Vice President and Secretary of Liberty-Standard, LLC, a Limited Liability Company <u>organized under the laws of the State of Minnesota, and registered as a foreign limited liability company in the State of Massachusetts</u>, certify as follows:

1. The Federal ID Number: <u>41-1975113</u>

2. The name of the foreign limited liability company and the name under which it is registered and doing business in the Commonwealth: <u>Liberty-Standard, LLC</u>

3. The business address of its principal office:   5600 North Highway 169
   Minneapolis, MN  55428

4. The business address of its principal office in the Commonwealth:   One 1st Avenue
   Peabody, MA  01960

5. The name and business address of its resident agent:   CT Corporation System
   101 Federal Street
   Boston, MA  02110

6. The foreign limited liability company has been dissolved and is not doing business in the Commonwealth; and

7. To the best of my knowledge and belief, all taxes and fees owed to the Commonwealth have been paid or provided for.

I, the undersigned David Lenzen, being the Executive Vice President and Secretary of the above-named company, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 30th day of October, 2003.

LIBERTY-STANDARD, LLC

_David Lenzen_
David Lenzen, Executive Vice President & Secretary
Telephone: 763 536-6636

Ck.# 445264

The Commonwealth of Massachusetts
Limited Liability Company
(General Laws, Chapter 156C)

861397

Filed this _____25_____ day _____November_____ ,2003.

*[signature: William Francis Galvin]*

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH

_____
_____
_____
Phone:_____