UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12609-RGS

RAMON GONZALES

v.

ASITRADE, AG, BOBST GROUP USE, INC. AND
LIBERTY-STANDARD, LLC
d/b/a BICKNELL & FULLER SPECIALTY PACKAGING

MEMORANDUM AND ORDER ON DEFENDANTS
LIBERTY-STANDARD, LLC'S MOTION FOR SUMMARY JUDGMENT

April 4, 2006

STEARNS, D.J.

On September 18, 2001, Ramon Gonzales was injured when his arm was pulled between the rollers of an industrial machine that he was operating at his place of work. On September 14, 2004, Gonzales filed this Complaint against the designer and manufacturer of the machine, Asitrade, AG, Bobst Group Use, Inc., and the company that owned the machine, Liberty-Standard, LLC, d/b/a Bicknell & Fuller Specialty Packaging (Liberty-Standard).

On March 13, 2006, Liberty-Standard filed a motion for summary judgment arguing that it is immune from suit under G.L. c. 152, § 15, because Gonzales had already been paid benefits under Liberty-Standards Workers' Compensation insurance. Gonzales opposes the motion arguing that he was employed by a separate and distinct company, Liberty Diversified Industries, Inc, (LDI). In support, Gonzales has submitted evidence that LDI separately reported the accident to the Department of Industrial Accidents. While

Liberty-Standard's explanation that this occurred because of an administrative error is plausible, it is not a matter that can be resolved on summary judgement. Consequently, the motion for summary judgment is <u>DENIED</u>.

Gonzales' motion to compel Liberty-Standard to designate a witness for a Rule 30(b)(6) deposition is <u>ALLOWED</u> to the extent possible.[1] The discovery deadline will be extended for forty-five days from the date of this Order to allow discovery to determine which of the competing company's is absolved of liability under the Workers' Compensation law.

                                        SO ORDERED.

                                        /s/ Richard G. Stearns

                                        _____
                                        UNITED STATES DISTRICT JUDGE

---

[1] Liberty-Standard states that it dissolved in 2003.