UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
RAMON GONZALEZ,                    )
        Plaintiff                       )
v.                                          )Civil Action No.:04-12609-RGS
                                         )
ASITRADE, AG,                     )
BOBST GROUP USA, INC., and      )
LIBERTY-STANDARD, LLC,         )
d/b/a BICKNELL & FULLER SPECIALTY  )
PACKAGING,                       )
        Defendants                  )
_____)

**PLAINTIFF RAMON GONZALEZ' DISCLOSURES**
Pursuant to FRCP 26(a)(3) and LR 16.5(c)

      NOW COMES the Plaintiff Ramon Gonzalez and hereby makes the following disclosures pursuant to FRCP 26(a)(3) and LR 16.5(c).

(A)    Plaintiff expects to present the following witnesses:

      Ramon Gonzalez, 525 Essex Street, Lawrence, MA 01841, (978) 794-1584

      Michel Cartier, 58 Harrison Avenue, Roseland, NJ  07068

      Carol Bates, Occupational Safety and Health Administration, 13 Branch Street, Methuen, MA  01844, (617) 565-8110, (617) 565-8110

      Darry Robert Holt, P.E., Holt Associates, P.C., 91 Main Street, Concord, MA 01742, (978) 371-0201

      Keeper of the Records, Liberty Standard LLC d//a Bicknell & Fuller Specialty Packaging

      Keeper of the Records, Advanced Textile Services, Inc., 65 Manchester Street, Lawrence, MA  01841, (978) 681-5542

      Plaintiff may present the following witnesses if the need arises:

      Erasmo Gonzalez, 12375 Edington Road, Emprengeo, FL 34609, (609) 456-1884

George Baxter, Jr., Dayton, NJ  New Jersey

Keeper of the Records, Bobst Group, USA, Inc.

Keeper of the Records, Asitrade AG

Keeper of the Records, Liberty Diversified Industries, Inc.

Keeper of the Records, Liberty Mutual Insurance Company

Keeper of the Records, Occupational Safety and Health Administration, 13 Branch Street, Methuen, MA  01844, (617) 565-8110, (617) 565-8110

Keeper of the Records, Department of Industrial Accidents, 600 Washington Street, Boston, MA  02111, (617) 727-4900

Werner Gilgan, Niklaus-Wengi-Strasse 109, 2540 Grenchen, Switzerland

Glenn Medenwaldt, Liberty Diversified Industries, Inc., 5600 North Highway 169, New Hope, MN  55428-3096

Lois Deharo, 20 Aborn Street, Salem, MA  01570, (978) 745-5781

Officers Jenkins and Ricci and Keeper of the Records, Peabody Police Department, Peabody,   MA

Keeper of the Records, North Shore Ambulance, PO Box 902, Salem, MA 01970, (978) 744-1349

Keeper of the Records, Salem Hospital, 81 Highland Ave., Salem, MA  01970, (978) 741-0522

Keeper of the Records Massachusetts General Hospital, PO Box 9693, Boston, MA  02114-9693, (617) 726-4002

Keeper of the Records Massachusetts General Physicians Organization, Inc., PO Box 9142, Charlestown, MA  02129-9142, (617) 726-2040

Keeper of the Records Northeast Rehab Hospital, 18 Bridge St., Salem, NH 03079, (613) 890-7600

Keeper of the Records All Care Visiting Nurses, 200 Sutton St., N. Andover, MA 01845, (978) 794-1138

(B)     Plaintiff does not presently expect witnesses whose testimony is to be presented by means of a deposition but Plaintiff reserves the right to amend which witnesses may be presented by means of a deposition prior to trial.

(C)     Plaintiff expects to offer the following evidence:

    Six (6) photographs depicting Plaintiff and injuries after discharge from Mass General Hospital

    Ten (10) photographs depicting Plaintiff's permanent scarring and disfigurement

    Ten (10) photographs depicting machine upon which Plaintiff was injured

    Peabody Police Report pertaining to Plaintiff's incident

    OSHA Report pertaining to Plaintiff's Incident

    OSHA Citation and Notification of Penalty pertaining to Plaintiff's incident

    Liberty Standard, LLC check number 2005 in amount of $875.00

    North Shore Ambulance medical record and itemized bill pertaining to Plaintiff's incident

    Salem Hospital medical record and itemized bill pertaining to Plaintiff's incident

    Massachusetts General Hospital medical record and itemized bill pertaining to Plaintiff's incident

    Northeast Rehab Hospital medical record and itemized bill pertaining to Plaintiff's incident

    All Care Visiting Nurses medical record and itemized bill pertaining to Plaintiff's incident

    Bobst Group USA, Inc. maintenance, spare parts and safety manuals

    Defendant Bobst Group USA, Inc.'s Answers to Interrogatories

    Defendant Asitrade AG's Answers to Interrogatories

    Defendant Liberty Standard LLC d/b/a Bicknell & Fuller Specialty Packaging's Answers to Interrogatories

Report with Appendices of Expert Witness Darry Robert Holt, P.E. and applicable excerpts from various texts, documents and codes listed in Appendix B thereto.

Plaintiff may offer the following evidence if the need arises:

Defendant Liberty Standard LLC d/b/a filings with Minnesota and Massachusetts secretaries of state

Plaintiff's workers' compensation file from Department of Industrial Accidents pertaining to Plaintiff's incident

Michel Cartier deposition transcript

Lois Deharo deposition transcript

Ramon Gonzalez deposition transcript

Ramon Gonzalez Answers to Interrogatories

Expert Witness Dyer Carroll, P.E., deposition transcript

Report of Expert Witness Dyer Carroll, P.E.

    Respectfully submitted,
    Plaintiff Ramon Gonzalez,
    By his attorneys,

    /s/ Jeffrey S. Ahearn
    Jeffrey S. Ahearn, BBO#558562
    44 School Street, 6th Fl.
    Boston, MA  02108
    (617) 523-7470

    /s/ George J. Nader
    George J. Nader, BBO#549149
    RILEY & DEVER, P.C.
    Lynnfield Woods Office Park
    210 Broadway, Suite 201
    Lynnfield, MA  01940
    (781) 581-9880

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party via U.S. mail, postage prepaid on September 8, 2006.

/s/ Jeffrey S. Ahearn
Jeffrey S. Ahearn, BBO#558562
44 School Street, 6th Fl.
Boston, MA  02108
(617) 523-7470